UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TWEED-NEW HAVEN AIRPORT<br>*Plaintiff* | CASE NO: 3:15cv01731 (VLB) |
| v. | |
| GEORGE JEPSEN, in his official capacity<br>As Attorney General for the State of<br>Connecticut<br>*Defendant* | FEBRUARY 5, 2016 |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

1-2. Admitted.

3. Denied. Defendant disputes the Court's subject matter jurisdiction over Plaintiff's claims as they are barred by the Eleventh Amendment to the United States Constitution.

4. Should the Court have subject matter jurisdiction over Plaintiff's claims, Defendant admits that venue is proper.

5. As to that portion of Paragraph 5 of Plaintiff's Complaint alleging that "Plaintiff, Tweed-New Haven Airport Authority is a public instrumentality and political subdivision of the State of Connecticut, pursuant to Connecticut General Statutes § 15-120i, et seq., and is located at 155 Burr Street in New Haven, Connecticut," it is admitted. Defendant denies that Plaintiff has standing or capacity to challenge the constitutionality of Conn. Gen. Stat. § 15-120j(c).

6. Admitted.

7-11. Paragraphs 7-12 of Plaintiff's Complaint state propositions of law and do not require a response.

12. As to that portion of Paragraph 12 of Plaintiff's Complaint alleging that "[t]he Authority is the Airport sponsor for purposes of Federal Aviation Administration (the 'FAA') funding and oversight," Defendant is without sufficient information upon which to form a belief and leaves Plaintiff to its proof. As to the remaining allegations contained in Paragraph 12, they are admitted.

13-21. As to the allegations contained in Paragraphs 13-21 in Plaintiff's Complaint, Defendant is without sufficient information upon which to form a belief and leaves Plaintiff to its proof.

22. Admitted.

23. Denied.

24-34. As to the allegations contained in Paragraphs 24-30 in Plaintiff's Complaint, Defendant is without sufficient information upon which to form a belief and leaves Plaintiff to its proof.

35. Denied.

36-41. Paragraphs 36-42 in Plaintiff's Complaint state propositions of law and do not require a response.

42. Defendant is without sufficient information upon which to form a belief and leaves Plaintiff to its proof.

43-46. Admitted.

47-50. Paragraphs 47-50 in Plaintiff's Complaint state propositions of law and do not require a response.

51. Defendant is without sufficient information upon which to form a belief and leaves Plaintiff to its proof.

COUNT ONE – DECLARATORY JUDGMENT

52. Defendant incorporates its answers to the allegations contained in Paragraphs 1-51 of Plaintiff's Complaint as if fully set forth herein.

53. Admitted.

54. Paragraphs 54 in Plaintiff's Complaint states a proposition of law and does not require a response.

55-57. Defendant is without sufficient information upon which to form a belief and leaves Plaintiff to its proof.

58. Denied.

59. Denied.

60. Denied.

62. Denied.

63. Defendant is without sufficient information upon which to form a belief and leaves Plaintiff to its proof.

64. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's claims because they are barred by the Eleventh Amendment to the United States Constitution.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff lacks standing or capacity to challenge the constitutionality of Conn. Gen. Stat. § 15-120j(c).

DEFENDANT
GEORGE JEPSEN,
in his official capacity as Attorney
General for the State of Connecticut

GEORGE JEPSEN
ATTORNEY GENERAL

BY: _____
Drew S. Graham
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5090
Fax: (860) 808-5384
Federal Bar No. ct16741
E-mail: drew.graham@ct.gov

## CERTIFICATION

I hereby certify that a copy of the foregoing Answer was sent by certified mail to the following on this 5th day of February, 2016:

John C. King, Esq.
Hugh I. Manke, Esq.
Christopher A. Klepps, Esq.
Updike, Kelly & Spellacy, P.C.
100 Pearl Street
Hartford, CT 06123
P: (860) 548-2600
jking@uks.com
hmanke@uks.com
cklepps@uks.com

Drew S. Graham
Assistant Attorney General

5