## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
--------------------------------------------------------
```
TWEED-NEW HAVEN AIRPORT            :
AUTHORITY                          :        CIVIL ACTION NO. 3:15-cv-01731-RAR
          Plaintiff,               :
                                   :
VS.                                :
                                   :
GEORGE JEPSEN, in his official     :
capacity as Attorney General for the :
State of Connecticut               :        MARCH ___, 2017
          Defendant                :
```
--------------------------------------------------------
```

### AFFIDAVIT OF TIM LARSON

The undersigned, having been duly sworn, deposes and says as follows:

      1.     I am over the age of eighteen (18) years and believe in the obligation of an oath.

      2.     I have personal knowledge of the facts set forth in this affidavit.

      3.     I am the Executive Director of the Tweed-New Haven Airport Authority (the "Authority").

      4.     As Executive Director, I supervise the professional management company, AFCO AvPorts Management, LLC (AvPorts) which operates the Airport under a contract with the Authority.  I also report to a board of directors comprised of individuals appointed by the mayors of East Haven and New Haven and the South Central Regional Council of Governments.

      5.     The Authority is a public instrumentality and political subdivision of the State of Connecticut, pursuant to Connecticut General Statutes § 15-120i, et seq., and is located at 155 Burr Street in New Haven, Connecticut.

6.      The Airport property is owned by the City of New Haven and leased to the Authority pursuant to the terms of a Lease and Operating Agreement, dated July 1, 1998.  Portions of the Airport lie within the territorial boundaries of East Haven. Pursuant to Connecticut General Statutes § 15-120i, et seq., the Authority is a public instrumentality and political subdivision of the State of Connecticut authorized to manage the Airport.  See Lease and Operating Agreement, Exhibit 1.

7.      The length of Runway 2/20 is currently approximately 5,600 linear feet.  In 2009, the State, through Public Act 09-7, amended Connecticut General Statutes § 15-120j by adding subsection (c) which provides: "Notwithstanding the provisions of subsections (a) and (b) of this section Runway 2/20 of the airport shall not exceed the existing paved runway length of five thousand six hundred linear feet."

8.      The Airport is among the public-use airports included in the National Plan of Integrated Airport Systems.  See National Plan of Integrated Airport Systems 2017-2021, Appendix A, Exhibit 2.

9.      The Airport is situated in both the Town of East Haven and the City of New Haven.  The municipal boundary runs approximately North/South down the center of Runway 2/20, with East Haven to the East, and New Haven to the West.  See The Tweed-New Haven Airport Layout Plan, Exhibit 3.

10.      The Airport consists of numerous structures, including an airport terminal building and an air-rescue and fire-safety facility, Runway 2/20, which runs essentially North/South on the site, crosswind Runway 14/32, which runs Northwest/Southeast, and a number of taxiways.  See Aerial Photograph of Airport, Exhibit 4.

11.     All of these structures are within the Airport's boundaries and are part of the Airport Layout Plan (the "ALP").  The ALP is approved by the FAA.  <u>See</u> The Tweed-New Haven Airport Layout Plan, Exhibit 3.

12.     The Airport is classified by the United States Department of Transportation Federal Aviation Administration ("FAA") as a primary, commercial service airport in that it provides regularly scheduled commercial passenger air service.  Given this classification, the Airport is currently required to, and does, hold an operating certificate under FAA Regulation Part 139 (14 CFR Part 139), which currently requires the Airport to have Runway Safety Areas on its main runway acceptable to the FAA.

13.     A Master Plan is required by the FAA for each Part 139 airport like Tweed outlining future plans for upgrading airport facilities.  Tweed has a Master Plan. Tweed's updated Master Plan for the Airport was approved by the State of Connecticut (the "State") and by the FAA in 2002 identifying future capital improvements at the Airport.  Extending the length of Runway 2/20 up to 7,200 linear feet has been a part of the Authority's Master Plan since 2002. <u>See</u> The Tweed-New Haven Airport Master Plan, Exhibit 5.

14.     There is one commercial airline providing service to Tweed from Philadelphia with four scheduled flights per day in each direction and passenger capacity of no more than 37 passengers on each flight.  The length of the runway has a direct bearing on the weight load and passenger capacity that can be safely handled on any given flight.

3

15.     Weight penalties are imposed on aircraft for safety reasons.  A longer Runway 2/20 could reduce or potentially eliminate those weight penalties which are imposed on existing flights at the Airport.

16.     Current scheduled commercial service at the Airport is entirely provided by a single type of aircraft, the Bombardier DH8-100 (the "Dash 8") operated by Piedmont Airlines as American Eagle.

17.     Lengthening of Runway 2/20 would allow the Dash 8 and other larger aircrafts to potentially service the Airport, hold more passengers and service additional destinations.

18.     The Authority has commenced planning on a runway extension project to increase the functional length of Runway 2/20 (the "Project"), within the existing boundaries of the Airport and the ALP, on land that is currently part of the runway safety areas.  The planning documents describe several alternatives for lengthening Runway 2/20 to up to 6,601 linear feet and modifying related taxiways.  The initial step in the Project is to perform an Environmental Assessment of the various layout and construction options.  The Authority has expended private funds to hire Hoyle, Tanner & Associates, Inc., a consulting engineering firm, which has produced a preliminary Environmental Assessment.  See Purpose and Need and Alternatives Analysis Runway 2-20 Improvement Project dated June 2, 2014, Exhibit 6.

19.     The FAA has not provided funding to the Project and has not reviewed the alternative layouts presented in the Preliminary Environmental Assessment.  FAA review of the preliminary Environmental Assessment is a necessary step in the Environmental Assessment process.

4

20.    The FAA is not proceeding with review of the Environmental Assessment in part because the Authority is in violation of several federal grant assurances and regulations.  See Letter from Richard Blumenthal, et al., to Michael P. Huerta, et al., dated December 14, 2014 (Exhibit 7); Letter from Federal Aviation Administrator Michael P. Huerta to Richard Blumenthal dated April 14, 2015 (Exhibit 8) ("Huerta Letter").  The violation first mentioned in the Huerta Letter relates to the Authority's inability to lengthen Runway 2/20 due to Connecticut General Statutes § 15-120j(c). See Huerta Letter (Exhibit 8).

21.    The FAA's decision not to respond to the Authority's request for review of the preliminary Environmental Assessment  is a direct consequence of, inter alia, the existence of the runway length limitation in Connecticut General Statutes §15-120j(c).

22.    Whenever the Authority accepts federal funds, it agrees to various grant assurances which, inter alia, require compliance with a long list of federal statutes and regulations directed to airport facilities and operations.  Non-compliance by an airport such as Tweed can result in enforcement action by the FAA.  See 49 U.S.C. §§ 47101 et seq.

23.    The Authority's ALP is approved by the FAA which maintains full control over any modifications to the ALP, including limitations on runway length.  See 49 U.S.C. § 47107.

24.    Over the past eight years the Authority has been operating the Airport at a loss which has required annual subsidies from the State in the amount of $1,500,000 and from the City in the amount of $325,000.  The subsidy from the State was reduced to $1,480,000 for fiscal year 2016–2017.

25. The Authority is currently in the process of ensuring that all new approach surfaces are clear for a 6,601 foot runway.

26. Further affiant sayeth naught.

_____
Tim Larson

Subscribed and sworn before me
This __13__ day of March, 2017

_____
Notary Public
Commissioner of the Superior Court

6

## **CERTIFICATION**

THIS IS TO CERTIFY that on March 13, 2017, a copy of the foregoing was electronically filed.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.  The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system.


   /s/ Christopher A. Klepps    
Christopher A. Klepps, Esq.
Updike, Kelly & Spellacy, P.C.